UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILSON TRUONG, and,<br>HUY HA,<br><br>Defendants. | No. CR19-152-JLR<br><br>[PROPOSED] *JLR*<br><br>**PROTECTIVE ORDER RESTRAINING $8,800 AND $30,335 IN U.S. CURRENCY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Seeking to Restrain Certain Forfeitable Property ("Motion"), as follows:

1. $8,800 in U.S. currency seized from the Defendant Wilson Truong's residence in Kent, Washington on October 11, 2018; and,
2. $30,335 in U.S. currency seized from the Defendant Huy Ha's residence in Seattle, Washington on October 11, 2018.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting declaration of United States Postal

Protective Order Restraining $8,800 and $30,335 in U.S. Currency- 1
*U.S. v. Wilson Truong and Huy Ha*, CR19-152-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Inspector Katelyn Mitchell, hereby FINDS entry of a protective order restraining the above-identified currency (hereafter "the Currency") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Information it filed on August 15, 2019 (Dkt. No. 3), and specifically identified the Currency in its supplemental Forfeiture Bill of Particulars (Dkt. No. 13);
- Based on the facts set forth in Postal Inspector Mitchell's declaration, there is probable cause to believe the Currency is subject to forfeiture in this case; and,
- To ensure the Currency remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Currency pending the conclusion of this case is GRANTED; and,

2. The Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 27th day of September, 2019.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Protective Order Restraining $8,800 and $30,335 in U.S. Currency- 2
U.S. v. Wilson Truong and Huy Ha, CR19-152-JLR

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*[signature]*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Protective Order Restraining $8,800 and $30,335 in U.S. Currency- 3
U.S. v. Wilson Truong and Huy Ha, CR19-152-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970