UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILSON TRUONG,<br><br>Defendant. | No. CR19-152-JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- $8,800 in U.S. currency, seized from the Defendant Wilson Truong's residence in Kent, Washington on October 11, 2018.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On January 24, 2020, the Court entered a Preliminary Order of Forfeiture finding this currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. No. 62);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 67);

Final Order of Forfeiture - 1
*U.S. v. Wilson Truong,* CR19-152-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The only identified potential claimant has relinquished any claim to the currency (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified currency exists in any party other than the United States;

2. The currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Drug Enforcement Administration, and/or its representatives, are authorized to dispose of this currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 17th day of April, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Presented By:

 */s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 2
*U.S. v. Wilson Truong,* CR19-152-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970